FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARSHALL ALLEN COATS,

Plaintiff,

v.

MADELEINE "MADDIE" WILLIAMSON,

Defendant.

No. 2:26-cv-366-EFS

**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS**

By Order filed October 13, 2026, the Court directed Plaintiff to complete and file a new *in forma pauperis* application within thirty (30) days.[1] In the alternative, Plaintiff could have paid the $405.00 filing fee.[2]

---

[1] ECF No. 13.

[2] *Id.*

Plaintiff was incarcerated when he filed his *pro se* civil rights complaint but was later released.[3] There is no mechanism for collecting the filing fee in partial payments as mandated by 28 U.S.C. § 1915(b)(2), once a prisoner has been released from incarceration.

The Court instructed Plaintiff to complete and file the financial affidavit provided by the Court, as required by 28 U.S.C. § 1915(a)(1). The Court cautioned Plaintiff that his failure to comply would result in the dismissal of this case. Plaintiff has filed nothing further.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED** without prejudice for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. All pending motions are **DENIED as moot.** The Clerk's Office shall terminate all associated deadlines.

3. The Clerk's Office shall **CLOSE** the file.

//

//

---

[3] *See* case No. 2:26-cv-333-EFS, ECF No. 10.

4. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED**. The Clerk's Office is directed to file this order, enter judgment, and provide copies to Plaintiff at his last known address.

DATED this 16th day of November 2026.

Edward F. Shea

EDWARD F. SHEA
Senior United States District Judge